No. 105. MORGAN v. UNITED STATES; and
No. 106. HUST v. SAME. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for

the Seventh Circuit denied.   *Messrs. James Hamilton Lewis, Benjamin P. Epstein,* and *Bernhardt Frank* for petitioners.   *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.